THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JASON JEROME HARRIS,<br><br>        Defendant, | NO.  CR 05 5507 FDB<br><br>STIPULATED MOTION AND ORDER FOR CONTINUANCE OF PRETRIAL HEARING AND TRIAL DATE |

The Defendant herein, Jason Jerome Harris, by and through his attorney, Charles A. Johnston, hereby moves that the trial presently scheduled for September 12, 2005, be vacated, and that the trial be rescheduled sometime in November or December 2005; and that the Pretrial Hearing date presently scheduled for September 2, 2005, be vacated, and that the Pretrial Hearing be rescheduled to a date determined by the Court.

The above request for continuance is being made as additional time is necessary to review discovery and prepare this matter for trial, particularly with respect to the new charges contained in the superceding indictment .  The Defendant has waived his right to a speedy trial.

**STIPULATED MOTION AND ORDER - 1**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

The Defendant believes that the ends of justice would be served by a continuance of the trial and pretrial hearing dates in this matter.

DATED this 31st day of August, 2005.

By: __/s/_____
CHARLES A. JOHNSTON, WSB # 9058
Attorney for Defendant

*Telephonically Approved:*
*August 30, 2005*
By: __/s/_____
WILLIAM H. REDKEY, JR., WSB # 7734
Assistant United States Attorney

ORDER

Before this Court is a stipulated motion for continuance of the trial and pretrial hearing dates presently scheduled for September 2, 2005, and September 12, 2005. The Court finds, based on the affidavit of counsel and after a consideration of all relevant information and the circumstances of this case, that without this continuance the Defendant will be prejudiced and the ability to properly prepare for trial would be impaired, especially in light of the new charges contained in the superceding indictment. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by grating the motion for continuance. The ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

For these reasons, the Court finds the stipulated motion for continuance should be granted. The trial date is hereby continued from September 12, 2005, to December 12, 2005. The resulting period of delay from September 12, 2005, up to and including the new trial date of December 12, 2005 is hereby excluded for speedy trial purposes under 18

**STIPULATED MOTION AND ORDER - 2**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

U.S.C. § 3161 (h)(8)(A) and (B).  The pretrial hearing scheduled for September 2, 2005, is stricken and will be rescheduled by the Court.

IT IS SO ORDERED.

DATED this 1st day of September  2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

By: \_\_\_\_/s/_____
CHARLES A. JOHNSTON, WSB # 9058
Attorney for Defendant

*Telephonically Approved:*
*August 30, 2005*

By: \_\_\_/s/_____
WILLIAM H. REDKEY, JR., WSB # 7734
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August _____, 2005, I electronically filed the foregoing Stipulated Motion and Order for Continuance of Trial Date and Pretrial Hearing Date with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William H. Redkey

**STIPULATED MOTION AND ORDER - 3**

CHARLES A. JOHNSTON
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

| | |
|---|---|
| 1 | Assistant United States Attorney |
| 2 | 700 Stewart Street, Suite 5220 |
|   | Seattle, Washington 98101-1271 |
| 3 | |
|   | DATED this _____ day of August, 2005. |
| 4 | |
| 5 | |
|   | _____ |
| 6 | SUZANNE FAKER |
|   | Legal Assistant |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**STIPULATED MOTION AND ORDER - 4**

**CHARLES A. JOHNSTON**
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090